

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:25-cr-147 |
| v. | ) | |
| | ) | Possession of a Firearm by a Convicted Felon |
| | ) | 18 U.S.C. § 922(g)(1) |
| LUKE RONALD MCCUTCHEN, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | |
| | ) | **Forfeiture Allegation** |

**INDICTMENT**
**OCTOBER 2025 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Firearm by a Convicted Felon)

On or about September 20, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, LUKE RONALD MCCUTCHEN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: an Intratec, Model AB-10, 9x19mm firearm, bearing serial number A042401, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

**FORFEITURE ALLEGATIONS**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offenses charged in Count One of this Indictment, he shall forfeit any firearm or

ammunition involved in or used in any knowing violation of the offenses charged, to include an Model AB-10, 9x19mm firearm, bearing serial number A042401, as well as accompanying ammunition and ammunition magazines.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853(p)).

A TRUE BILL

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: *[signature]*
Katherine E. Groover
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office